IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERESA BILKEY,

     Plaintiff,

                              Case No.  20-cv-729-jdp

     v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Teresa Bilkey against defendant Reliance Standard Life Insurance Company remanding the case to Reliance for further administrative proceedings.

| | |
|---|---|
| s/ J. Smith, Deputy Clerk | 3/25/2022 |
| Peter Oppeneer, Clerk of Court | Date |