UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**TERESA BILKEY**

           Plaintiff,

                                      Case No.: 3:20-cv-00729-jdp

vs.

**RELIANCE STANDARD
LIFE INSURANCE COMPANY**

           Defendant.

## DEFENDANT'S NOTICE OF APPEAL

Defendant Reliance Standard Life Insurance Company ("Reliance Standard"), by its undersigned attorney, hereby appeals to the United States Court of Appeals for the Seventh Circuit from a final judgment issued and entered by the United States District Court for the Western District of Wisconsin on March 25, 2022 (R. 42) pursuant to the Memorandum Opinion and Order entered by the Court the day before (R. 40) granting Plaintiff's motion for summary judgment and denying Reliance Standard's cross-motion for summary judgment.

Dated: April 18, 2022                                 Respectfully Submitted,

                                                        **RELIANCE STANDARD LIFE
INSURANCE COMPANY,** Defendant

                                                        By:    */s/ Edna S. Kersting*
                                                               Edna S. Kersting
                                                                Wilson Elser Moskowitz Edelman &
                                                                Dicker, LLP
                                                                55 West Monroe Street,
                                                                Suite 3800

                Chicago, Illinois 60603
                (312) 821-6162
                (312) 704-1522
                Edna.kersting@wilsonelser.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of April, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ *Edna S. Kersting*
Edna S. Kersting

Edna S. Kersting
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 West Monroe Street,
Suite 3800
Chicago, Illinois 60603
(312) 821-6162
(312) 704-1522
Edna.kersting@wilsonelser.com

269734016v.1